UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: BABASHOLA A. OJO  BCN#: 08-36469\KRH
    aka SHOLA OJO  Chapter: 13
        Debtor(s)

U.S. BANK NATIONAL ASSOCIATION, AS
SUCCESSOR TRUSTEE TO BANK OF
AMERICA, NATIONAL ASSOCIATION, AS
SUCCESSOR BY MERGER TO LASALLE
BANK, N.A. AS TRUSTEE FOR THE MLMI
TRUST SERIES 2007-HE1
or present noteholder,
    Movant/Secured Creditor,
v.
BABASHOLA A. OJO
    Debtor(s)
ADEYIAKAN OJO
    Co-Debtor
and
ROBERT E. HYMAN
    Trustee
    Respondents

## CONSENT ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2007-HE1 to modify the automatic stay; it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 5601 HERELD GREEN DR, CHESTERFIELD, VA 23832, and is more particularly described as follows:

    ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, LYING AND BEING IN DALE DISTRICT, CHESTERFIELD COUNTY, VIRGINIA, KNOWN AND DESIGNATED AS LOT 56, QUALLA FARMS, SECTION G, ALL AS MORE PARTICULARLY SHOWN ON PLAT ENTITLED "QUALLA FORMS, SECTION G, DALE DISTRICT, CHESTERFIELD COUNTY, VIRGINIA", MADE BY JOSEPH COX & ASSOCIATES, CIVIL ENGINEERING AND SURVEYING, LAND PLANNERS,

DATED OCTOBER 2, 2003, AND RECORDED FEBRUARY 10, 2004, IN THE CLERK'S OFFICE, CIRCUIT COURT, CHESTERFIELD COUNTY, VIRGINIA, IN PLAT BOOK 141, PAGES 3 THROUGH 8, TO WHICH PLAT REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE PROPERTY.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

IT IS FURTHER ORDERED that the relief granted in this order shall survive any subsequent conversion by the Debtor to a case under any other chapter of the bankruptcy code;

IT IS FURTHER ORDERED that F.R.B.P. 4001(a)(3) is not applicable to the case at hand and U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2007-HE1 may immediately enforce and implement this order granting relief from the automatic stay;

IT IS FURTHER ORDERED that U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2007-HE1 shall, at the specific request of the debtor, sell the subject property at a foreclosure sale as soon as legally possible, and no later than six (6) months following entry of this order.  IT IS FURTHER ORDERED that the debtor, Babashola A. Ojo, and codebtor, Adeyiakan Ojo, shall fully co-operate to ensure the timely sale of the subject property and that they, neither singularly nor jointly, shall take any actions that would hinder, delay or stay a foreclosure sale, and likewise, that they will not fail to take any action that would prevent the timely sale of the subject property.

IT IS FURTHER ORDERED that should the subject property not be sold at a foreclosure sale within six (6) months of entry of this order due to the lack of due diligence of the movant, the debtor may file a motion with the court to reinstate the stay and have the motion for relief filed February 10, 2010 placed back on the docket for re-hearing.

_____, Virginia

_____, 2010

_____
The Honorable Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

I ask for this:


  /s/ Edward S. Jones
TRENITA JACKSON STEWART, VSB# 48412
EDWARD S. JONES, VSB# 77729

ENDORSEMENTS of:

Movant's Counsel     /s/ Edward S. Jones
TRENITA JACKSON STEWART, VSB# 48412
EDWARD S. JONES, VSB# 77729


Debtor's Counesl     /s/ Mitchell Goldstein
JASON MEYER KRUMBEIN
MITCHELL GOLDSTEIN


Chapter 13 Trustee     /s/ Robert E. Hyman
ROBERT E. HYMAN, Trustee




**CERTIFICATION**

      I certify that this proposed Order has been endorsed by all necessary parties.

      The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order A and that no modification, addition, or deletion has been made except for the addition of paragraphs 3, 4, 5 and 6.

      /s/ Edward S. Jones
TRENITA JACKSON STEWART, VSB# 48412
EDWARD S. JONES, VSB#77729, Attorney for Movant

SHAPIRO & BURSON, LLP
236 CLEARFIELD AVE, STE 215
VIRGINIA BEACH, VA  23462

09-156958V